IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.    CASE NO. 1:96-cr-00020-MP-AK

MICHAEL PHILLIP TELEMAQUE,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 500, Motion to Reduce Sentence. Previously, in the order at Doc. 499, the Court had already denied a motion for reduction of sentence under the crack amendments to the sentencing guidelines. Nothing in the motion at Doc. 504 justifies revisiting the issue, and the motion is denied.

**DONE AND ORDERED** this  *15th*   day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge