IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:96-cr-00020-MP-AK

MICHAEL PHILLIP TELEMAQUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 536, a copy of a motion captioned for a circuit court in Arkansas, filed by Michael Phillip Telemaque. The motion is incomprehensible and does not appear to ask for any relief in this Court. To the extent that it was intended to ask for relief, that relief is denied.

**DONE AND ORDERED** this *11th* day of March, 2010

                      *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge